# Third District Court of Appeal

**State of Florida**

Opinion filed September 9, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1224
Lower Tribunal No. 02-16949-B
_____

**Salvador Mendoza,**
Petitioner,

vs.

**The State of Florida,**
Repondent.

A Petition for Writ of Habeas Corpus from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Salvador Mendoza, in proper person.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for respondent.

Before ROTHENBERG, SALTER and SCALES, JJ.

PER CURIAM.

Petitioner Salvador Mendoza has filed a petition for writ of habeas corpus, seeking a belated appeal of the trial court's October 5, 2012 order that denied both Mendoza's motion and amended motion for post-conviction relief. This Court has adjudicated this appeal already. <u>Mendoza v. State</u>, 108 So. 3d 1102 (Fla. 3d DCA 2013) (Table).

Petition denied.